JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY CASTELLANOS,      ) Case No. CV 08-8177-JVS (DTB)
               Petitioner,      )
                      ) **J U D G M E N T**
       vs.      )
                      )
LARRY SMALL, Warden,      )
             Respondent.      )
                      )

      Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: April 25, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1