JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASTELLANOS, | Case No. CV 08-8177-JVS (DTB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| LARRY SMALL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: April 25, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE