# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CASTELLANOS, | Case No. CV 08-8177-JVS (DTB) |
| Petitioner, | |
| vs. | **AMENDED JUDGMENT** |
| LARRY SMALL, Warden, | |
| Respondent. | |

On February 4, 2015, the Ninth Circuit Court of Appeals issued its Mandate in this action, reversing and remanding the same.

THEREFORE, IT IS HEREBY ADJUDGED that a conditional writ of habeas corpus is granted as follows: Unless petitioner is brought to retrial within sixty (60) days of the date this Judgment becomes final (plus any additional delay authorized under State law), respondent shall discharge petitioner from all adverse consequences of his conviction in Los Angeles County Superior Court Case No. VA084225.

DATED: March 25, 2015

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE